IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LUCKIEWICZ, | : | CIVIL ACTION |
| | : | NO. 08-842 |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. POTTER, Postmaster General | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **20th day** of **November, 2009,** it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (doc. no. 16) is **GRANTED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**